IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRANDON DELGARITO,

    Plaintiff,

v.

                                                              No. 24-cv-0408-MIS-DLM

FNU WILKENS, *et al.*,

    Defendants.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, **IT IS HEREBY ORDERED** that this case is **DISMISSED without prejudice**.

                                                     */s/ Margaret Strickland*
                                                 **MARGARET STRICKLAND**
                                                 UNITED STATES DISTRICT JUDGE